**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| RAUL RAMIREZ COBIAN, et al. | * |
| Plaintiffs | * |
| v. | *   **Civil No. 04-1038(SEC)** |
| APICAL INDUSTRIES, INC. | * |
| Defendant | * |

**ORDER APPROVING SETTLEMENT AGREEMENT UNDER SEAL**

In September 2005, the parties informed the Court that they had reached a preliminary settlement agreement in the above-captioned matter. Since this case involves Co-plaintiff Raúl Ramírez-Cobián, who is legally incapacitated, the parties' sought the Court's intervention in order to structure the settlement in a manner which best served Raúl's interest. The Court then held two (2) Settlement Conferences in which it discussed in detail the terms and conditions of the proposed settlement (Dockets ## 95 & 107). The Court also interviewed Co-plaintiff Nelson Ramírez-Seda, Raúl's father and tutor, in order to make sure that he understood and agreed with all of the terms and amounts proposed for the settlement of Plaintiffs' claims. After certain revisions, the Court has had the opportunity to, once again, review the revised structured settlement agreement between the parties. Accordingly, having interviewed Co-plaintiff Ramírez-Seda and carefully studied the terms and conditions of the proposed structured settlement agreement, the Court is satisfied with the parties' proposed settlement. Therefore, the parties' Structured Settlement Agreement filed under seal is hereby **APPROVED**. Per this agreement, Plaintiffs' claims will be **DISMISSED WITH PREJUDICE**. Judgment shall be entered accordingly.

**SO ORDERED.**
In San Juan, Puerto Rico, this 7th day of February, 2006.

*S/ Salvador E. Casellas*
SALVADOR E. CASELLAS
U.S. Senior District Judge