**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| RAUL RAMIREZ COBIAN, et al. | |
| Plaintiffs | |
| v. | Civil No. 04-1038(SEC) |
| APICAL INDUSTRIES, INC. | |
| Defendant | |

**JUDGMENT**

Per the parties' Structured Settlement Agreement filed under seal (Docket # 113) and Fed. R. Civ. P. 41(a), the above-captioned action against the Defendant is **DISMISSED WITH PREJUDICE**. Judgment is hereby entered accordingly.

**SO ORDERED.**
In San Juan, Puerto Rico, this 7th day of February, 2006.

S/ Salvador E. Casellas
SALVADOR E. CASELLAS
U.S. Senior District Judge