# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| RAÚL RAMÍREZ COBIÁN; NELSON RAMÍREZ SEDA; GLADYS COBIÁN BERMÚDEZ AND THE CONYUGAL PARTNERSHIP CONSTITUTED BY THEM; MARIA RAMIREZ COBIAN; ANTONIO FLORES TORRENT AND THE CONYUGAL PARTNERSHIP CONSTITUTED BY THEM; EILEEN RAMIREZ COBIAN; JOHN BALDRICH LÓPEZ  AND THE CONYUGAL PARTNERSHIP CONSTITUTED BY THEM; NELSON G. RAMÍREZ COBIÁN; CARMEN E. GONZÁLEZ RAMOS AND THE CONYUGAL PARTNERSHIP CONSTITUTED BY THEM. | CIVIL NO.: 04-1038 SEC |
| **PLAINTIFFS** | RE: **TORT AND PRODUCT LIABILITY ACTIONS** |
| V. | |
| APICAL INDUSTRIES, INC. | |
| **DEFENDANT** | |

## INFORMATIVE MOTION

**TO THE HONORABLE COURT:**

Comes now, Defendant APICAL INDUSTRIES, INC. (hereinafter referred to as "APICAL") by its attorneys, Morales-Morales Law Offices and Martinez & Ritorto, P.C., without submitting to this Honorable Court's jurisdiction, respectfully alleges and prays:

1.    The appearing defendant respectfully informs the Court that on March 6, 2006, in compliance with the Courts Orders, the checks in payment of

the Settlement agreed upon between the parties, were hand-delivered to attorney

Jorge Carazo Quetglas (through his secretary) and attorney Albert Parisi.

2.    The following check was delivered to Mr. Albert Parisi:

a.    Check number **245531** in the amount of **$345,833.00**

3.    The following checks were delivered to attorney Jorge Carazo

Quetglas:

a.    Check number **245530** in the amount of **$420,833.00**

b.    Check number **245540** in the amount of **$50,000.00**

c.    Check number **245538** in the amount of **$50,000.00**

d.    Check number **245537** in the amount of **$50,000.00**

e.    Check number **245535** in the amount of **$50,000.00**

f.    Check number **245522** in the amount of **$400,000.00**

**RESPECTFULLY SUBMITTED**.

**I HEREBY CERTIFY:**   That on March 8, 2006, I presented the

foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system

which will send notification of such filing to the following:   **Jorge Carazo**

**Quetglas.**

In San Juan, Puerto Rico, this March 8, 2006.

**S/JAIME E. MORALES MORALES**
USDC  I.D. NO. 129006
**MORALES-MORALES LAW OFFICES**
ITURREGUI PLAZA, SUITE 200
1135 65TH INFANTRY AVENUE
SAN JUAN, PR  00924

2

TEL. 701-2700
FAX. 701-2716
E-MAIL:  jmorales@moralesmorales.com

and

**LOUIS R. MARTINEZ**
(Admitted Pro Hac Vice)
MARTINEZ & RITORTO, P.C.
67 WALL STREET – 25TH FLOOR
NEW YORK, NEW YORK  10005
TEL. (212) 248-0800
FAX. (212) 248-0990
EMAIL: LMARTINEZ@MRWINGS.US

*Attorneys for Defendant Apical Industries, Inc.*